# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law

Tax ID No. 57-0215445

Post Office Box 11070 / Columbia, South Carolina 29211

Tel: 803.799.2000

AVANTech, Inc.
ATTN: James L. Braun
132 Harbison Boulevard
Suite 302 B
Columbia, SC  29212

May 2, 2006
Invoice 739416  Page  1

| | |
|---|---|
| Our Matter # | 20699/05000  For Services Through 04/29/06 |
| Name of Matter: | AVANTech, Inc. v. Chem Nuclear Systems, LLC |

---

04/01/06    Communication with Judge Currie's law clerk by email concerning electronic filing issues.
S.E. HARPER                                    0.20 hrs.                        $68.00

04/03/06    Ensure all exhibits to petition for attorneys' fees are properly filed with Court and review
emails regarding same.
E.H. HINSON                                    1.50 hrs.                       $367.50

04/03/06    Follow-up with Ms. Watts regarding filing of exhibits, other filing issues.
K.P. EARGLE                                    0.50 hrs.                        $65.00

04/04/06    Attorneys' conference.
S.E. HARPER                                    0.20 hrs.                        $68.00

04/04/06    Begin draft of Defendants' Reply to Plaintiffs' Response to Bill of Costs.
D.W. DURBAN                                    2.30 hrs.                       $609.50

04/04/06    Review, organize files used to draft petition for attorneys' fees in preparation for analyzing
Plaintiffs' opposition and replying to same.
E.H. HINSON                                    3.10 hrs.                       $759.50

04/05/06    Review draft of reply memorandum to petition to tax costs.
S.E. HARPER                                    0.80 hrs.                       $272.00

04/05/06    Several conversations with Karen Brosius regarding sick leave policy and grievance policy in
handbook.
D.W. DURBAN                                    0.50 hrs.                       $132.50

04/05/06    Complete draft Defendants' Reply to Plaintiffs' Response to Bill of Costs.
D.W. DURBAN                                    3.70 hrs.                       $980.50

04/05/06    Begin research in preparation of response to Plaintiffs' Motion for Judgment as a Matter of
Law and for  New Trial.
D.W. DURBAN                                    3.20 hrs.                       $848.00

04/05/06    Review email from Attorney Durban regarding number of exhibits prepared for trial; review
chart of trial exhibits; conversation with Attorney regarding same.
K.P. EARGLE                                    0.30 hrs.                        $39.00

04/05/06    Review and analyze incoming and outgoing correspondence, pleadings, attachments; determine ongoing case management strategy and appropriate follow up tasks; calendar relevant case deadlines and assign to subfiles.

| K.P. EARGLE | 2.00 hrs. | $260.00 |

04/06/06    Research in preparation for drafting response to Plaintiffs' motion for judgment as a matter of law or in the alternative for a new trial.

| D.W. DURBAN | 3.10 hrs. | $821.50 |

04/06/06    Update electronic inventory for the pleadings index; update recent correspondence and other incoming file materials.

| K. HIGBEE | 2.80 hrs. | $224.00 |

04/07/06    Continue review of Plaintiffs' Rule 50 and rule 59 motion in preparation of drafting response.

| D.W. DURBAN | 4.50 hrs. | $1,192.50 |

04/09/06    Research standards for granting Rule 50 and Rule 59 motions in preparation for drafting Defendants' response to Plaintiffs' Rule 50 and Rule 59 motion; review Plaintiffs' memorandum in support of their Rule 50 and Rule 59 motion.

| D.W. DURBAN | 5.30 hrs. | $1,404.50 |

04/10/06    Work on memorandum in opposition to Rule 50(b) motion of Plaintiffs.

| S.E. HARPER | 5.00 hrs. | $1,700.00 |

04/10/06    Consult with Ms. Durban regarding standard of review issue on motion for new trial and to for judgment.

| W.C. WOOD | 0.20 hrs. | $57.00 |

04/10/06    Continue work on Defendants' Response to Plaintiffs' Rule 50 and Rule 59 Motion.

| D.W. DURBAN | 6.70 hrs. | $1,775.50 |

04/11/06    Work on memo responding to 50(b) and 59 motions in copyright case.

| S.E. HARPER | 4.80 hrs. | $1,632.00 |

04/11/06    Review and revise memorandum opposing Rule 50 and 59 motions in copyright case.

| S.E. HARPER | 1.40 hrs. | $476.00 |

04/11/06    Study post-trial motions filed by Chem-Nuclear.

| C.N. KILLEN | 4.50 hrs. | $1,732.50 |

04/11/06    Continue to work on draft of Defendants' Response to Plaintiffs' Rule 50 and Rule 59 Motion.

| D.W. DURBAN | 9.20 hrs. | $2,438.00 |

04/12/06    Work on memo responding to Rule 50, 59 motions in copyright case.

| S.E. HARPER | 5.60 hrs. | $1,904.00 |

04/12/06    Continue studying post-trial motions filed by plaintiff; extended office conference with Attorney Durban to work on responding to trade secret motion; confer with Attorney Wood regarding legal and procedural issues raised by Plaintiffs' motion on patent issues; prepare response to patent issues motion.

| C.N. KILLEN | 8.10 hrs. | $3,118.50 |

04/12/06    Final revisions to memo in opposition to Rule 50 and Rule 59 motion in copyright case.

| S.E. HARPER | 1.20 hrs. | $408.00 |

04/12/06    Consult with Mr. Killen regarding response to post-trial motion on nonjury portion of case.

| W.C. WOOD | 0.30 hrs. | $85.50 |

| 04/12/06 | Meeting with Attorney Killen to discuss Defendants' Response to Plaintiffs' Rule 50 and Rule 59 motions. | | |
|---|---|---|---|
| | D.W. DURBAN | 2.40 hrs. | $636.00 |

| 04/12/06 | Continue to work on Defendants' Response to Plaintiffs' Rule 50 and rule 59 Motion. | | |
|---|---|---|---|
| | D.W. DURBAN | 10.20 hrs. | $2,703.00 |

| 04/13/06 | Finalize memorandum opposing Rules 50 and 59 motions in copyright case. | | |
|---|---|---|---|
| | S.E. HARPER | 4.10 hrs. | $1,394.00 |

| 04/13/06 | Attorneys' conferences with Attorney Durban and Attorney Wood; finalize motion. | | |
|---|---|---|---|
| | S.E. HARPER | 1.60 hrs. | $544.00 |

| 04/13/06 | Review plaintiffs' motion on copyright issues; review and revise response to motion for new trial on patent issues; attend to filing response. | | |
|---|---|---|---|
| | C.N. KILLEN | 3.10 hrs. | $1,193.50 |

| 04/13/06 | Consult with Ms. Durban and Ms. Harper on issue preservation issues and appeal issues. | | |
|---|---|---|---|
| | W.C. WOOD | 0.20 hrs. | $57.00 |

| 04/13/06 | Continue to work on draft of Defendants' Response to Plaintiffs' Motions for JMOL and a New Trial. | | |
|---|---|---|---|
| | D.W. DURBAN | 4.30 hrs. | $1,139.50 |

| 04/13/06 | Continued work on draft of Defendants' Response to Plaintiffs' Motion for JMOL and for new Trial. | | |
|---|---|---|---|
| | D.W. DURBAN | 4.90 hrs. | $1,298.50 |

| 04/14/06 | Finalize memorandum in opposition to Rule 50 and Rule 59 motions in copyright case; prepare for filing; attorneys' conferences; communicate with client regarding same. | | |
|---|---|---|---|
| | S.E. HARPER | 2.60 hrs. | $884.00 |

| 04/14/06 | Finalize memorandum, file and serve. | | |
|---|---|---|---|
| | S.E. HARPER | 1.20 hrs. | $408.00 |

| 04/14/06 | Review and revise draft responses to Plaintiffs' post-trial motions; communicate with Attorneys Harper and Durban regarding same. | | |
|---|---|---|---|
| | C.N. KILLEN | 3.30 hrs. | $1,270.50 |

| 04/14/06 | Complete draft of Defendants' Response to Plaintiffs' Rule 50 and Rule 59 Motion; prepare memorandum for filing. | | |
|---|---|---|---|
| | D.W. DURBAN | 4.60 hrs. | $1,219.00 |

| 04/14/06 | Review various motions to be filed in response to Plaintiffs' requests for new trials; assemble exhibits for same. | | |
|---|---|---|---|
| | K.P. EARGLE | 4.50 hrs. | $585.00 |

| 04/17/06 | Attorneys' conference with Daryl Hawkins by phone. | | |
|---|---|---|---|
| | S.E. HARPER | 0.10 hrs. | $34.00 |

| 04/25/06 | Receive and respond to call from Bob Knowlton after discussion with Craig Killen; memo to Virginia Vroegop. | | |
|---|---|---|---|
| | S.E. HARPER | 0.50 hrs. | $170.00 |

| 04/26/06 | Update electronic inventory for the pleadings index; update recent correspondence and other incoming file materials. | | |
|---|---|---|---|

| | | |
|---|---|---|
| K. HIGBEE | 0.80 hrs. | $64.00 |

04/28/06    Telephone call from Sarah Spruill regarding transcript pages to be filed with Plaintiffs' reply; review transcript pages; telephone call and e-mail to Ms. Spruill regarding the same.

| | | |
|---|---|---|
| D.W. DURBAN | 0.80 hrs. | $212.00 |

**Fees for Legal Services** ............................................................................................ **$37,251.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| S.E. HARPER | 29.30 | 340.00 | 9,962.00 |
| C.N. KILLEN | 19.00 | 385.00 | 7,315.00 |
| W.C. WOOD | 0.70 | 285.00 | 199.50 |
| D.W. DURBAN | 65.70 | 265.00 | 17,410.50 |
| E.H. HINSON | 4.60 | 245.00 | 1,127.00 |
| K.P. EARGLE | 7.30 | 130.00 | 949.00 |
| K. HIGBEE | 3.60 | 80.00 | 288.00 |
| TOTAL | 130.20 | 286.11 | 37,251.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/28/2006 | Courier charge | 12.00 |
| 03/31/2006 | Courier charge | 12.00 |
| 04/03/2006 | Postage | 7.75 |
| 04/04/2006 | VENDOR: Birds On A Wire; INVOICE#: 040306A; DATE: 4/4/2006 - Working lunch, Fri. 3/31/06 | 33.86 |
| 04/05/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 2.00 | 1.33 |
| 04/05/2006 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 1.00 | 0.59 |
| 04/10/2006 | Courier charge | 12.00 |
| 04/10/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 2.00 | 13.02 |
| 04/10/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 7.00 | 3.98 |
| 04/10/2006 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 3.00 | 1.53 |
| 04/11/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 9.00 | 67.41 |
| 04/11/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.00 | 1.71 |
| 04/12/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 1.00 | 5.13 |
| 04/12/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 3.00 | 16.76 |
| 04/12/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 7.00 | 3.99 |
| 04/12/2006 | Postage | 0.87 |
| 04/13/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 1.00 | 5.12 |
| 04/13/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 2.00 | 10.25 |
| 04/13/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE | 0.57 |

| | | |
|---|---|---:|
| | DOCUMENT RETRIEVAL; Quantity: 1.00 | |
| 04/13/2006 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 16.00 | 8.14 |
| 04/14/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 4.00 | 2.28 |
| 04/14/2006 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 3.00 | 1.53 |
| 04/17/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 1.00 | 13.67 |
| 04/24/2006 | VENDOR: Ikon Office Solutions; INVOICE#: L0706030330; DATE: 4/24/2006  -  March Copies | 141.09 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$376.58**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| CopyOut | 141.09 |
| Courier - In | 36.00 |
| Lexis | 157.01 |
| Outside Services | 33.86 |
| Postage | 8.62 |
| TOTAL | $376.58 |

Net current billing for this invoice.......................................................................... $37,627.58