

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

AVANTech, Inc.  
ATTN: James L. Braun  
132 Harbison Boulevard  
Suite 302 B  
Columbia, SC  29212

May 15, 2006  
Invoice 742769  Page 1

Our Matter #           20699/05000                         For Services Through 05/11/06  
Name of Matter:        AVANTech, Inc. v. Chem Nuclear Systems, LLC

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/01/06 | Attorneys' conference.<br>S.E. HARPER | 0.20 hrs. | $68.00 |
| 05/01/06 | Review Plaintiffs' Reply to Defendants' Response to Rule 50 and Rule 59 motions.<br>D.W. DURBAN | 2.30 hrs. | $609.50 |
| 05/02/06 | Receive and review memo from Sharra Arnold.; gather materials requested by Ms. Arnold and forward to her; telephone conference with Daryl Hawkins.<br>S.E. HARPER | 1.30 hrs. | $442.00 |
| 05/02/06 | Review Defendants' petition for attorneys' fees and cases, information reserved for reply in preparation for drafting same.<br>E.H. HINSON | 2.10 hrs. | $514.50 |
| 05/03/06 | Telephone conference with Mr. Braun; communications with Ms. Arnold and others regarding requested documents; forward requested documents to Ms. Arnold.<br>S.E. HARPER | 0.90 hrs. | $306.00 |
| 05/03/06 | Review Plaintiffs' motion in response to ours for attorneys' fees.<br>S.E. HARPER | 1.30 hrs. | $442.00 |
| 05/03/06 | Review two briefs of Plaintiffs filed recently; consider possible response.<br>S.E. HARPER | 1.60 hrs. | $544.00 |
| 05/03/06 | Review and analysis of Plaintiff's response to our motion for attorney fees.<br>C.N. KILLEN | 2.10 hrs. | $808.50 |
| 05/03/06 | Review Plaintiffs' memorandum opposing petition for attorneys' fees and costs.<br>E.H. HINSON | 1.10 hrs. | $269.50 |
| 05/03/06 | Telephone conference with Attorney Durban regarding thoughts, strategy for reply to Plaintiffs' memorandum opposing petition for attorneys' fees and costs.<br>E.H. HINSON | 0.20 hrs. | $49.00 |
| 05/03/06 | Review Plaintiffs' Memorandum in Opposition to Award of Attorneys' Fees; conference with Attorney Hinson regarding Defendants' Reply.<br>D.W. DURBAN | 1.00 hrs. | $265.00 |
| 05/04/06 | Meet with defense team to analyze and plan reply to attorneys' fees opposition. | | |

| | | | |
|---|---|---|---|
| | S.E. HARPER | 2.00 hrs. | $680.00 |
| 05/04/06 | Memo to Bob Knowlton; file motion with court. | | |
| | S.E. HARPER | 0.40 hrs. | $136.00 |
| 05/04/06 | Work on response to attorneys' fee memo. | | |
| | S.E. HARPER | 0.70 hrs. | $238.00 |
| 05/04/06 | Continue to review and analysis of Plaintiff's response to Defendant's motion for attorney fees; extended meeting with Attorneys Harper, Durban and Hinson to discuss strategy for responding to same. | | |
| | C.N. KILLEN | 5.00 hrs. | $1,925.00 |
| 05/04/06 | Office conference with Attorneys Harper, Killen, and Durban regarding strategy for reply to Plaintiffs' memorandum opposing petition for attorneys' fees and costs. | | |
| | E.H. HINSON | 2.00 hrs. | $490.00 |
| 05/04/06 | Draft motion requesting extension for deadline to reply to Plaintiffs' memorandum opposing petition for attorneys' fees and costs. | | |
| | E.H. HINSON | 0.30 hrs. | $73.50 |
| 05/04/06 | Begin reviewing cases cited by Plaintiffs in their memorandum opposing petition for attorneys' fees and costs. | | |
| | E.H. HINSON | 2.40 hrs. | $588.00 |
| 05/04/06 | Begin drafting reply to Plaintiffs' memorandum opposing petition for attorneys' fees and costs. | | |
| | E.H. HINSON | 1.50 hrs. | $367.50 |
| 05/04/06 | Office conference with Attorney Durban regarding results of research, review of cases cited by Plaintiffs' in their memorandum opposing petition for attorneys' fees and costs. | | |
| | E.H. HINSON | 0.20 hrs. | $49.00 |
| 05/04/06 | Conference with Attorneys Erwin, Killen, and Hinson to discuss strategy and plan for replying to Plaintiffs' Response to Attorney Fee Motion. | | |
| | D.W. DURBAN | 1.80 hrs. | $477.00 |
| 05/05/06 | Draft reply to attorneys' fee memorandum; revise. | | |
| | S.E. HARPER | 5.00 hrs. | $1,700.00 |
| 05/05/06 | Continue reviewing cases cited by Plaintiffs in their memorandum opposing petition for attorneys' fees and costs and research cases refuting same. | | |
| | E.H. HINSON | 2.00 hrs. | $490.00 |
| 05/05/06 | Telephone conference with Attorney Durban regarding strategy for responding to Plaintiffs' memorandum opposing petition for attorneys' fees and costs. | | |
| | E.H. HINSON | 0.30 hrs. | $73.50 |
| 05/06/06 | Review and revise draft of reply memorandum (attorneys' fees). | | |
| | S.E. HARPER | 1.00 hrs. | $340.00 |
| 05/06/06 | Continue reviewing cases cited by Plaintiffs in their memorandum opposing petition for attorneys' fees and costs and research cases refuting same. | | |
| | E.H. HINSON | 2.10 hrs. | $514.50 |
| 05/07/06 | Continue reviewing cases cited by Plaintiffs in their memorandum opposing petition for attorneys' fees and costs and research cases refuting same. | | |

May 15, 2006
Invoice 742769  Page 3

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | E.H. HINSON | 0.80 hrs. | $196.00 |
| 05/07/06 | Draft portions of reply to Plaintiffs' memorandum opposing petition for attorneys' fees and costs. | E.H. HINSON | 2.00 hrs. | $490.00 |
| 05/08/06 | Begin work on draft of Reply to Plaintiffs' Response to Attorneys' Fees Petition. | D.W. DURBAN | 3.50 hrs. | $927.50 |
| 05/08/06 | Draft portions of reply to Plaintiffs' memorandum opposing petition for attorneys' fees and costs. | E.H. HINSON | 0.80 hrs. | $196.00 |
| 05/09/06 | Work on preparation of portions of reply to plaintiffs' response to our motion for attorney fees. | C.N. KILLEN | 2.10 hrs. | $808.50 |
| 05/09/06 | Continue to work on draft of Defendants' Reply to Plaintiffs' Response to Attorneys' Fee provision; including case law research regarding intertwinement of claims, whether wealth of a party is relevant, and whether Individual Defendants can recover for fees paid for by AVANTech. | D.W. DURBAN | 6.40 hrs. | $1,696.00 |
| 05/09/06 | Telephone conferences with Attorney Durban regarding strategy for reply to Plaintiffs' memorandum opposing petition for attorneys' fees and costs. | E.H. HINSON | 0.30 hrs. | $73.50 |
| 05/10/06 | Finalize and file reply to opposition to attorneys' fees motion. | S.E. HARPER | 5.20 hrs. | $1,768.00 |
| 05/10/06 | Review various filings in case in preparation for working on reply to plaintiffs' response on attorney fee motion; legal research regarding exceptional case standards and other relevant issues; prepare my portions of reply; review and revise same; review entire reply and make revisions to same. | C.N. KILLEN | 6.20 hrs. | $2,387.00 |
| 05/10/06 | Telephone conferences with Attorney Durban regarding strategy for reply to Plaintiffs' memorandum opposing petition for attorneys' fees and costs. | E.H. HINSON | 0.20 hrs. | $49.00 |
| 05/10/06 | Continue to work on draft of Reply to Plaintiffs' Response in Opposition to Attorneys' Fee Petition. | D.W. DURBAN | 4.30 hrs. | $1,139.50 |
| 05/10/06 | Edits to Reply to Plaintiffs' Response in Opposition to Attorneys' Fees Petition. | D.W. DURBAN | 3.50 hrs. | $927.50 |
| 05/10/06 | Shepardize cases cited and check cites for correctness prior to filing Reply to Plaintiffs' Response to Attorneys' Fees Petition; brief; prepare exhibits for filing. | D.W. DURBAN | 1.10 hrs. | $291.50 |
| 05/11/06 | Memos to team members regarding amended fee application and release of all time. | S.E. HARPER | 0.20 hrs. | $68.00 |
| 05/11/06 | Draft affidavit of Attorney Harper regarding additional fees incurred in cases and arrange for copies of time entries to be printed and prepared for same. | E.H. HINSON | 0.50 hrs. | $122.50 |

**Fees for Legal Services** .................................................................................................. **$23,600.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| S.E. HARPER | 19.80 | 340.00 | 6,732.00 |
| C.N. KILLEN | 15.40 | 385.00 | 5,929.00 |
| D.W. DURBAN | 23.90 | 265.00 | 6,333.50 |
| E.H. HINSON | 18.80 | 245.00 | 4,606.00 |
| TOTAL | 77.90 | 302.96 | 23,600.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 04/29/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 9.00 | 4.67 |
| 04/29/2006 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 4.00 | 1.86 |
| 05/01/2006 | VENDOR: Alston & Bird, L.L.P.; INVOICE#: 10049445; DATE: 5/1/2006 - Outside attorney's invoice for declaration regarding reasonableness of fees | 2,520.00 |
| 05/03/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.00 | 0.44 |
| 05/04/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 3.00 | 1.31 |
| 05/04/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 6.00 | 2.64 |
| 05/04/2006 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.00 | 0.79 |
| 05/04/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 2.00 | 7.90 |
| 05/05/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 13.00 | 7.34 |
| 05/05/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 6.00 | 43.72 |
| 05/05/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 14.00 | 6.17 |
| 05/05/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: TOC DOCUMENT LINKS; Quantity: 3.00 | 1.14 |
| 05/05/2006 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.00 | 0.78 |
| 05/05/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 2.00 | 18.69 |
| 05/05/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 7.00 | 3.07 |
| 05/06/2006 | Service: LAW REVIEWS; Charge Type: SEARCHES; Quantity: 1.00 | 8.21 |
| 05/06/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 4.00 | 2.26 |
| 05/06/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 11.00 | 118.16 |
| 05/06/2006 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 5.00 | 2.20 |
| 05/06/2006 | Service: SHEPARD'S SERVICE; Charge Type: LEGAL CITATION SERVICES; Quantity: 2.00 | 0.77 |

**Total Charges for Other Services Provided/Expenses Incurred** .................................. **$2,752.12**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 232.12 |
| Outside Services | 2,520.00 |
| TOTAL | $2,752.12 |

Net current billing for this invoice......................................................................... $26,352.62